UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR22-V |
|---|---|---|
| v. | ) | **ORDER** |
| THOMAS JOSEPH ISBELL | ) | |

    For reasons cited in the Government's Motion and for good cause shown, this Court grants the Government's Motion to Dismiss Count 27 of the Bill of Indictment.

**SO ORDERED.**

Signed: December 13, 2006

Richard L. Voorhees
United States District Judge