IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06CR22-18-V

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | **ORDER** |
| THOMAS JOSEPH ISBELL, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on its own motion. On December 31, 2007, Defendant Isbell filed a Motion to Produce Impeachment Evidence (Document #567) and a Motion to Produce Telephone Records (Document #568). The Government has not yet filed responses to these Motions.[1]

**IT IS, THEREFORE, ORDERED** that the Government file responses to these Motions, if any, **by January 7, 2008.**

Signed: January 2, 2008

Richard L. Voorhees
United States District Judge

---

[1] Under Local Rule 47.1(E), the Government must file any response to these motions within seven (7) days, or by January 10, 2008. NCWD LCrR 47.1(E) (2008). However, since this matter is scheduled for trial in a term that begins on January 7, 2008, the Court would like to have any written response to these Motions at an earlier date so that it may rule on them in a timely fashion.

1