# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:06-CR-00022-18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS JOSEPH ISBELL | ) | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant Thomas Joseph Isbell's *MOTION FOR TELEPHONE CALLS AND RECORDS PERTAINING TO PROSECUTION WITNESSES* (Document #568).

**FOR GOOD CAUSE SHOWN**, the defendant's motion is **GRANTED** and the Mecklenburg County Jail is ordered to produce forthwith the following information to defense counsel for Mr. Isbell:

(1) Records detailing calls made by **Joshua Ryan Audrey** (PID: 293966); **Maricka Corpening** (PID: 258997); **David T. Davenport** (PID: 259283); **Andre L. Gibbs** (PID: 232265); **Jorell Logan** (PID: 293965); and **Whitney Kermit Simon** (PID: 335926) from the Mecklenburg County Jail from June 1, 2007, to present, with those records reflecting the identity of the inmate making the call (*e.g.*, name, PID, etc.), the date/time of the call, the number being called, and the length of the particular call. Such records should reflect any and all such calls, whether or not the call was answered.

(2) Audio recordings of each and every telephone call made by **Joshua Ryan Audrey** (PID: 293966); **Maricka Corpening** (PID: 258997); **David T. Davenport** (PID: 259283); **Andre L. Gibbs** (PID: 232265); **Jorell Logan** (PID: 293965); and **Whitney Kermit Simon** (PID: 335926) from June 1, 2007, to present.

**SO ORDERED**.

Signed: January 9, 2008

Richard L. Voorhees
United States District Judge