FILED: March 1, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-4374
(5:06-cr-00022-RLV-DSC-18)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

THOMAS JOSEPH ISBELL

        Defendant - Appellant

_____

O R D E R
_____

The Court appoints Marcia G. Shein to represent Thomas Joseph Isbell. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

Counsel not yet registered for electronic filing should proceed to the Court's web site to register as an ECF filer,

**www.ca4.uscourts.gov/cmecftop.htm**.

```
                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk
```